﻿Citation Nr: AXXXXXXXX
Decision Date: 04/30/21 Archive Date: 04/30/21

DOCKET NO. 201103-118181
DATE: April 30, 2021

ORDER

The appeal of whether the severance of service connection for schizophrenia is dismissed.

FINDING OF FACT

In correspondence received January 26, 2021, the appellant requested withdrawal of the Board appeal concerning the issue of whether service connection for schizophrenia was proper.

CONCLUSION OF LAW

The criteria for withdrawal of whether severance of service connection for schizophrenia disorder was proper have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from March 1969 to December 1970. 

By way of background, the rating decision on appeal was issued in October 2020 and constitutes an initial decision; therefore, the modernized review system, also known as the Appeals Modernizations Act (AMA), applies. 

In a VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement) dated November 2020, the Veteran elected the Direct Review option and requested review of the issue of severance of service connection for schizophrenia. A docketing letter was issued on January 16, 2021. On January 26, 2021, the Veteran requested to withdraw his 10182 Decision Review Request and submitted a VA Form 20-0996 Request for Higher-Level Review to contest severance of service connection for schizophrenia. The record also includes a notation indicating that the Veteran called in and stated that he wanted to cancel the BVA appeal so that he could submit a higher level review. See VA 21-0820 Report of General Information Received March 2021.

The veteran or the veteran’s representative may withdraw an appeal as to any or all issues on appeal. 38 C.F.R. § 20.205(a). Except for appeals withdrawn on the record at a hearing, withdrawal must be in writing. 38 C.F.R. § 20.205(b)(1). A withdrawal is effective when received provided that receipt is prior to the issuance of a decision by the Board. 38 C.F.R. § 20.205(b)(3). Withdrawal of a claim constitutes a withdrawal of the notice of disagreement and, if filed, the substantive appeal. 38 C.F.R. § 20.205(c).

In an January 2021 statement, the Veteran indicated his desire to withdraw his Board appeal of the issue of severance of service connection for schizophrenia. In the statement, the Veteran noted that he changed his mind and was now filing a Higher-Level Review, instead of an Appeal to the Board. The Veteran stated that his file should reflect receipt of the request to cancel the appeal to the Board. The withdrawal is in writing and has been associated with the Veteran’s claims file. 

The Board notes that in March 2021, the Veteran submitted a statement indicating that he changed his mind about requesting to withdraw his VA Form 10182, Decision Review Request and noted that he wanted to continue his appeal. However, an appeal withdrawal is effective when received by the Board. 38 C.F.R. § 20.205(b)(3). Thus, the withdrawal was effective when received by the Board in January 2021. 

Finally, the Board notes that withdrawal does not preclude filing a new NOD, request for HLR, or a supplemental claim, as to any issue withdrawn, provided such filing would be timely. 38 C.F.R. §§ 20.205(c), 20.203(b).

There remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.

 

 

Tiffany Dawson

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Dorsey-Kwansa, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.